UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY HIDALGO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.,<br><br>Defendant. | Case No. 1:19-cv-10545-JGK<br><br>Hon. John G. Koeltl<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 2-10-20 |

## WITHDRAWAL OF APPEARANCE OF WILLIAM A. WARGO

Pursuant to the Notice of Change of Address filed by Paul Ferrillo on February 6, 2020 [ECF No. 16], Mr. Ferrillo's new firm, McDermott Will & Emery LLP, is substituting for Greenberg Traurig, LLP as counsel for defendant Amateur Athletic Union of the United States, Inc. ("AAU") in this matter. AAU has consented to this substitution of counsel, which will not delay the case or cause prejudice to Plaintiff. Therefore, AAU respectfully requests that the Court withdraw the appearance of William A. Wargo and Greenberg Traurig, LLP as counsel in this matter.

Dated:   New York, New York
         February 7, 2020

GREENBERG TRAURIG, LLP

By:   */s/ William A. Wargo*
      William A. Wargo

200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
WargoW@gtlaw.com

*Outgoing Attorneys for Defendant Amateur Athletic Union of the United States, Inc.*

**SO ORDERED:**

_____
Hon. John G. Koeltl, U.S.D.J.

2/7/20